UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                         :

KELLY SCHULTZ,                         :

                      :

                   Plaintiff,     :

                      :                 25-CV-10634 (VSB)

            -against-          :

                      :                       **ORDER**

REAL BROKER LLC,             :

                      :

                   Defendant.    :

                      :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

On March 2, 2026, Defendant filed a motion to dismiss Plaintiff's complaint.  (Doc. 7.)

On March 23, 2026, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil

Procedure 15(a).  (Doc. 10.)  "[W]hen a plaintiff properly amends [a] complaint after a defendant

has filed a motion to dismiss that is still pending, the district court has the option of either

denying the pending motion as moot or evaluating the motion in light of the facts alleged in the

amended complaint."  *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir.

2020).

Accordingly, it is hereby:

ORDERED that Defendant shall file a letter by April 8, 2026 deciding whether their

previously filed motion to dismiss, (Doc. 7), should be deemed moot, or if I should evaluate

Defendant's previously filed motion to dismiss in light of the facts alleged in the amended

complaint.

1

SO ORDERED.

Dated:  April 1, 2026
        New York, New York

Vernon S. Broderick
United States District Judge