UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                         :

KELLY SCHULTZ,                                    :

                                         :

                     Plaintiff,       :

                                         :          25-CV-10634 (VSB)

           -against-                    :

                                         :          **ORDER**

REAL BROKER, LLC,                              :

                                         :

                     Defendant.     :

                                         :

--------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On March 2, 2026, Defendant filed a motion to dismiss Plaintiff's complaint. (Doc. 7.) On March 23, 2026, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a). (Doc. 10.) On April 6, 2026, Defendant filed a motion to dismiss Plaintiff's amended complaint. (Doc. 14.) "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020). On April 17, 2026, Defendant filed a letter agreeing that its originally filed motion to dismiss should be deemed moot. (Doc. 18.)

Accordingly, it is hereby:

ORDERED that the motion to dismiss filed at Doc. 7 is DENIED as moot. The Clerk of Court is respectfully directed to terminate the open motion at Doc. 7.

1

SO ORDERED.

Dated:  April 20, 2026
       New York, New York

Vernon S. Broderick
United States District Judge

2